LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LUE YANG,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No.  EDCV 08-1447 JC<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of TWO THOUSAND SIX HUNDRED FORTY TWO DOLLARS and 00/cents ($2,642.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED:     December 17, 2009

                                              _____/s/_____
                                              HON. JACQUELINE CHOOLJIAN
                                              UNITED STATES MAGISTRATE JUDGE